### 13036. YOUNG et al. v. EXCHANGE NATIONAL BANK OF FITZGERALD.

HILL, J. It appearing from the record in this case that the bill of exceptions was filed in the office of the clerk of the trial court more than fifteen days after its certification by the trial judge, this court is without jurisdiction, and the motion of defendant in error to dismiss the writ of error on the ground that it was not filed in the clerk's office within the time required by the statute is sustained. Civil Code (1910), § 6167; *Pate* v. *Kister*, 28 *Ga. App.* 278 (110 S. E. 756).

    *Writ of error dismissed. Jenkins, P. J., and Stephens, J., concur.*
                DECIDED MAY 6, 1922.

Writ of error; from city court of Tifton.   Motion to dismiss.
*Smith & Christian,* for plaintiffs in error.
*A. J. & J. C. McDonald,* contra.

---

### 13053. PARROTT v. BRADLEY & COMPANY.

HILL, J. A motion for a continuance was made by the defendant in the justice court, on the ground that his attorney was absent on account of sickness. The magistrate passed upon the issue of fact involved in this motion and refused to continue the case. The judge of the superior court did not err in refusing to interfere with the discretion of the magistrate and in overruling the certiorari.

    *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
                DECIDED MAY 6, 1922.

Certiorari; from Murray superior court — Judge Tarver. October 6, 1921.
*H. H. Anderson,* for plaintiff in error.